UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEIZURE OF $986,668.00 IN U.S. CURRENCY AND $293,122.00 IN U.S. CURRENCY | CR MISC. No. 18-00848-MWF<br><br>[PROPOSED]<br><br>ORDER EXTENDING THE DEADLINE OF 18 U.S.C. § 983(a)(3)(A) FOR FILING OF CIVIL FORFEITURE COMPLAINT |

/ /

/ /

/ /

Pursuant to the stipulation and request of the parties, and good cause appearing therefor, IT IS ORDERED that, pursuant to 18 U.S.C. § 983(a)(3)(A), the deadline by which the United States of America shall be required to file a complaint for forfeiture against the seized assetS and/or to obtain an indictment with respect to $986,668.00 in U.S. Currency seized pursuant to a federal search and seizure warrant from Pasadena Primary Care, Inc. at 1403 N. Fair Oaks Ave., Suite 2, Pasadena, California on December 5, 2017 and $293,122.00 in U.S. Currency seized from the residence of claimant in Granada Hills, California on December 5, 2017, shall be extended until and including August 8, 2019.

DATED: May 9, 2019

**MICHAEL W. FITZGERALD**
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

NICOLA T. HANNA
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section


 /s/ Jonathan Galatzan
JONATHAN GALATZAN
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**PROOF OF SERVICE BY MAIL**

I am over the age of 18 and not a party to the within action. I am employed by the Office of the United States Attorney, Central District of California. My business address is 312 North Spring Street, Suite 1400, Los Angeles, California 90012.

On <u>May 8, 2019</u>, I served a <u>[PROPOSED] ORDER EXTENDING THE DEADLINE OF 18 U.S.C. § 983(a)(3)(A) FOR FILING OF CIVIL FORFEITURE COMPLAINT</u> on each person or entity named below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices.

TO:    Paul L. Gabbert, Esq.
        1717 Fourth Street, 3rd Floor
        Santa Monica, CA   90401

<u>X</u>  I am readily familiar with the practice of this office for collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on: <u>May 8, 2019</u> at Los Angeles, California.

                                      */s/ Gabriela Arciniega*
                                      **Gabriela Arciniega**